UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
GABRIEL MOSES BURKE,

                Plaintiff,

  -against-                                  REPORT AND RECOMMENDATION

DELI 2010, CAIRO MINIMARKET          23 CV 2745 (KAM)(RML)
CORPORATION, and FRANCESCO
DIGIOVANNA,

                Defendants.
--------------------------------------------------------X
LEVY, United States Magistrate Judge:

        Plaintiff Gabriel Moses ("plaintiff") commenced this case on April 12, 2023, asserting claims under the Americans with Disabilities Act, 42 U.S.C. § 12182, et.seq. After obtaining a Clerk's Entry of Default against defendant Deli 2010 on October 27, 2023, plaintiff amended his complaint to add two defendants, Cairo Minimarket Corporation and Francesco DiGiovanna. (See Amended Complaint, dated Nov. 20, 2023, Dkt. No. 15.)

        On November 21, 2023, the Clerk of the Court declined to issue summonses to those new defendants because the application was incomplete. Plaintiff has taken no action to correct the proposed summonses or pursue the case since then. By order dated February 28, 2024, I advised plaintiff that failure to submit corrected proposed summonses by March 8, 2024 could result in sanctions, including a recommendation that this matter be dismissed for lack of prosecution. (See Order, dated Feb. 28, 2024.) To date, plaintiff has not submitted corrected summonses or contacted the court to express an interest in pursuing this matter.

        Because plaintiff has abandoned this case, I am constrained to recommend that it be dismissed for failure to prosecute. Any objection to this Report and Recommendation must be filed with the Clerk of the Court within fourteen (14) days. Failure to file objections in a timely

manner may waive a right to appeal the district court's order.  See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(d), 72.

Respectfully submitted,

/s/
ROBERT M. LEVY
United States Magistrate Judge

Dated: Brooklyn, New York
      March 25, 2024